FILED
SEP 08 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8820

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Maria Antonieta ALAMOS | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about September 5, 2008, within the Southern District of California, defendant Maria Antonieta ALAMOS, did knowingly and intentionally import approximately 51.02 kilograms (112.24 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Robert J. Fejeran Jr.
Special Agent
U.S. Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, SEPTEMBER 8TH, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Maria Antonieta ALAMOS

## PROBABLE CAUSE STATEMENT

This complaint is based on the personal observations, investigation, and information furnished to U.S. Immigration and Customs Enforcement Special Agent Robert J. Fejeran, Jr.

On September 5, 2008, at approximately 0650 hours, Customs and Border Protection Officer (CBPO) A. Zuniga was manning vehicle primary inspection lane #9 at the Calexico CA West Port of Entry (WPOE) when a 1998 Hyundai Sonata bearing California License plate CA/US 4ZQR323 approached her lane for entry into the U.S. CBPO Zuniga encountered the operator and sole occupant of the vehicle, Maria Antonieta ALAMOS. ALAMOS gave CBPO Zuniga a negative oral customs declaration. CBPO Zuniga noticed that ALAMOS kept asking her to repeat every question she asked, as if ALAMOS could not hear her. ALAMOS claimed ownership of the vehicle stating that she was on her way home to Calexico. CBPO Zuniga conducted an inspection of the trunk where she noted a very strong odor of what she thought was air freshener. She came around the vehicle and peaked into the semi open passenger side window and noted that the air freshener odor was even stronger from the vehicle interior.

CBPO Zuniga also observed a depth discrepancy in the floorboard of the vehicle. ALAMOS and the vehicle were referred to vehicle secondary for further inspection.

In vehicle secondary, a Human and Narcotic Detector Dog alerted to the floor of the vehicle. CBPO J. Ciolina was assigned to vehicle secondary at the time and also noted a very strong air freshener odor emitting from the vehicle. A search of the vehicle resulted in the discovery of several packages hidden in the back rest or the rear seat and rear door. A non factory compartment in the floorboard underneath both front both front seats was also discovered.

UNITED STATES OF AMERICA
v.
Maria Antonieta ALAMOS

The linoleum tiles that were used to cover the access holes to the compartment were removed, resulting in the discovery of additional packages hidden in the compartment. One of the packages was probed producing a green leafy substance, which field-tested positive for the presence of marijuana. A total of forty (40) packages, with a total approximate weight of 51.02 kilograms (112.24 pounds) of marijuana were removed from the vehicle.

ALAMOS was advised of her rights per Miranda, which she acknowledged and waived. ALAMOS admitted to "drugs" being hidden in the vehicle and that it was illegal to smuggle "drugs" into the U.S. ALAMOS said that she was to be paid $3,000.00 dollars to the vehicle to Los Angeles, CA.

Executed on September 5, 2008, at _1734_ hours.

Robert J. Pejeran Jr., Special Agent
Immigration and Customs Enforcement

On the basis of the facts presented in the attached probable cause statement consisting of _2_ page(s), I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on September 5, 2008, in violation of Title 21, United States Code, Sections 952 and 960.

LUISA S. PORTER
U.S. MAGISTRATE JUDGE

9/5/08  8:02 p.m.
DATE/TIME